David L. Aronoff (SBN: 152606)
daronoff@winston.com
Steven D. Atlee (SBN: 151025)
satlee@winston.com
Saul S. Rostamian (SBN: 2352292)
srostamian@winston.com
Drew A. Robertson (SBN: 266317)
darobertson@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
YOUR BABY CAN, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DAVID L. WHITE, et al., On Behalf of Themselves and All Others Similarly Situated, | Case No. 2:10-cv-09989-DSF(FFMx) |
|---|---|
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | **[L.R. 40-2]** |
| YOUR BABY CAN, LLC, et al., | |
| Defendants. | |

NOTICE OF SETTLEMENT

1. PLEASE TAKE NOTICE THAT Plaintiff Lisa Walco and Defendants Your Baby Can, LLC and Robert Titzer, Ph.D. have reached a settlement with respect to the material aspects of this case. The parties are currently preparing a settlement agreement and a Joint Motion for Preliminary Approval of Class Action Settlement.

In order to allow the parties to devote their attention to the settlement papers, the parties are filing concurrently herewith a stipulation and proposed order continuing the hearing on Plaintiff's class certification motion and extending the due dates for the remaining briefing on that motion.

Dated:  February 29, 2012        WINSTON & STRAWN LLP

By:  /s/ Steven D. Atlee
     Steven D. Atlee
     David L. Aronoff
     Saul S. Rostamian
     Drew A. Robertson
     Attorneys for Defendant
     YOUR BABY CAN, LLC

Dated:  February 29, 2012        CATES PETERSON LLP

By:  /s/ Mark D. Peterson
     Mark D. Peterson
     Attorneys for Defendant
     ROBERT TITZER, Ph.D.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| Dated:  February 29, 2012 | FARUQI & FARUQI, LLP |
| | By: /s/ Vahn Alexander |
| | Vahn Alexander |
| | Beth A. Keller |
| | |
| | BURSOR & FISHER, P.A. |
| | L. Timothy Fisher |
| | Sarah N. Westcot |
| | |
| | ROBBINS GELLER RUDMAN & DOWD LLP |
| | Rachel L. Jensen |
| | Samuel H. Rudman |
| | Robert M. Rothman |
| | Mark S. Reich |
| | Edward Y. Kroub |
| | |
| | Attorneys for Plaintiff |
| | LISA WALCO |