David L. Aronoff (SBN: 152606)
daronoff@winston.com
Steven D. Atlee (SBN: 151025)
satlee@winston.com
Saul S. Rostamian (SBN: 2352292)
srostamian@winston.com
Drew A. Robertson (SBN: 266317)
darobertson@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
YOUR BABY CAN, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. WHITE, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUR BABY CAN, LLC, et al.,<br><br>Defendants. | **Case No. 2:10-cv-09989-DSF(FFMx)**<br><br>**NOTICE OF SERVICE OF CAFA NOTICE OF PROPOSED SETTLEMENT** |

PLEASE TAKE NOTICE that on May 17, 2012, Defendant Your Baby Can, LLC provided notice of the proposed class action settlement to the United States Attorney General, all State Attorneys General, the Department of Justice, and the Office of the Comptroller of the Currency pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715. A copy of that notice is attached hereto as Exhibit A. A copy of the CD that was served with that notice has been manually lodged with the Court as Exhibit B.

Dated: May 30, 2012                     WINSTON & STRAWN LLP

By: /s/ Steven D. Atlee
Steven D. Atlee
David L. Aronoff
Saul S. Rostamian
Drew A. Robertson
Attorneys for Defendant
YOUR BABY CAN, LLC

---

1

NOTICE OF COMPLETION OF CAFA NOTICE OF PROPOSED SETTLEMENT