# WINSTON & STRAWN LLP

SUITE 718, CHINA WORLD OFFICE 1
1 JIANGUOMENWAI AVENUE
BEIJING 100004, CHINA

100 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601

GRAND-RUE 23
1204 GENEVA, SWITZERLAND

42ND FLOOR, BANK OF CHINA TOWER
1 GARDEN ROAD
CENTRAL, HONG KONG

1111 LOUISIANA, 25TH FLOOR
HOUSTON, TEXAS 77002

CITYPOINT
ONE ROPEMAKER STREET
LONDON, EC2Y 9HU, UK

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071

+1 (213) 615-1700

FACSIMILE +1 (213) 615-1750

www.winston.com

SUITE A350, 4 STASOVOY STREET
MOSCOW, 119071, RUSSIAN FEDERATION

200 PARK AVENUE
NEW YORK, NEW YORK 10166

ONE RIVERFRONT PLAZA, SUITE 730
NEWARK, NEW JERSEY 07102

25 AVENUE MARCEAU, CS 31621
75773 PARIS CEDEX 16, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111

UNITS 3105-3106
SHANGHAI KERRY CENTRE
1515 NANJING ROAD WEST
JINGAN, SHANGHAI 200040, CHINA

1700 K STREET, N.W.
WASHINGTON, D.C. 20006

Steven D. Atlee
Partner
(213) 615-1827
SAtlee@winston.com

May 17, 2012

**VIA CERTIFIED MAIL**

The United States Attorney General
All State Attorneys General
Department of Justice
Office of the Comptroller of the Currency
  on the attached Service List

Re: *CAFA Notice of Proposed Settlement*
*White, et al. v. Your Baby Can, LLC, et al.,*
United States District Court, Central District of California, Case No. 2:10-cv-09989-DSF(FFMx)

Dear Sir or Madam:

Your Baby Can, LLC hereby provides notice pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1711, *et seq.* ("CAFA"), of a proposed settlement of the above-captioned matter. I am enclosing a CD containing the following documents:

1. Class Action Complaint, filed in the Superior Court of the State of California, County of Los Angeles on November 18, 2010 and removed to the United States District Court, Central District of California on December 28, 2010, together with all attachments.

2. Motion for Preliminary Approval of the proposed settlement, filed in the United States District Court, Central District of California, on May 7, 2012 and set for hearing on June 4, 2012.

3. [Proposed] Order Granting Preliminary Approval of Class Settlement, Conditionally Certifying Settlement Class, and Approving Form and Manner of Notice. Plaintiff has moved for entry of this Order and has requested the Court to schedule a final approval hearing. We anticipate that the Court will set the date for that hearing in January 2013.

May 17, 2012
Page 2

4. Notice of Proposed Class Action Settlement, which the parties have requested the Court to approve. The Notice advises putative class members of the proposed class action settlement and their rights to request exclusion from the class action. The Notice of Proposed Class Action Settlement in turn attaches a Claim Form, through which putative class members may make a claim for a monetary recovery.

5. The proposed Settlement Agreement and Release of Claims, together with all Exhibits.

6. The [Proposed] Settlement Order and Final Judgment.

CAFA also requires a defendant, "if feasible," to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is "not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." 28 U.S.C. § 1715(b)(7). Consistent with that provision, the CD includes a summary list, segregated by State or Territory, of putative class members for whom we have been able to locate postal addresses. The proposed settlement contemplates a claims process whereby Your Baby Can, LLC will make available 23,000 units of various specified products. Each putative class member who files a claim will receive a maximum of one unit of product so long as quantities last. Therefore, at this time it is impossible to determine the proportionate share of the claims of putative class members of any particular State. The attached list of putative class members segregated by State shows each State's proportionate number of putative class members.

Your Baby Can, LLC will ask the Court to find that this notice complies with CAFA. Your Baby Can, LLC does not intend to supplement this notice. If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the listed materials, please feel free to contact me.

Very Truly Yours,

Steven D. Atlee

Enclosure

LA:314691.2

CAFA Service List

**ALABAMA**
LUTHER STRANGE
ALABAMA ATTORNEY GENERAL
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130-0152

**ALASKA**
JOHN BURNS
ALASKA ATTORNEY GENERAL
PO BOX 110300
DIAMOND COURTHOUSE
JUNEAU, AK 99811-0300

**ARIZONA**
TOM HORNE
ARIZONA ATTORNEY GENERAL
1275 W WASHINGTON ST
PHOENIX, AZ 85007-2926

**ARKANSAS**
DUSTIN MCDANIEL
ARKANSAS ATTORNEY GENERAL
200 TOWER BLDG
323 CENTER ST
LITTLE ROCK, AR 72201-2610

**CALIFORNIA**
CAFA COORDINATOR
OFFICE OF THE ATTORNEY GENERAL
CONSUMER LAW SECTION
110 WEST "A" STREET SUITE 1100
SAN DIEGO, CA 92186-5266

**COLORADO**
JOHN SUTHERS
COLORADO ATTORNEY GENERAL
1525 SHERMAN ST
DENVER, CO 80203

**CONNECTICUT**
GEORGE JEPSEN
CONNECTICUT ATTORNEY GENERAL
55 ELM ST
HARTFORD, CT 06141-0120

**DISTRICT OF COLUMBIA**
IRVIN NATHAN
DISTRICT OF COLUMBIA ACTING ATTORNEY GENERAL
JOHN A WILSON BUILDING
1350 PA AVE NW SUITE 409
WASHINGTON, DC 20009

**DELAWARE**
JOSEPH "BEAU" BIDEN III
DELAWARE ATTORNEY GENERAL
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON, DE 19801

**FLORIDA**
PAM BONDI
FLORIDA ATTORNEY GENERAL
THE CAPITOL
PL 01
TALLAHASSEE, FL 32399-1050

**GEORGIA**
SAM OLENS
GEORGIA ATTORNEY GENERAL
40 CAPITOL SQUARE SW
ATLANTA, GA 30334-1300

**HAWAII**
DAVID LOUIE
HAWAII ATTORNEY GENERAL
425 QUEEN ST
HONOLULU, HI 96813

**IDAHO**
LAWRENCE WASDEN
IDAHO ATTORNEY GENERAL
700 W JEFFERSON ST
PO BOX 83720
BOISE, ID 83720-0010

**ILLINOIS**
LISA MADIGAN
ILLINOIS ATTORNEY GENERAL
JAMES R THOMPSON CTR
100 W RANDOLPH ST
CHICAGO, IL 60601

CAFA Service List

**INDIANA**
GREG ZOELLER
INDIANA ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH 5TH FLOOR
302 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

**IOWA**
TOM MILLER
IOWA ATTORNEY GENERAL
HOOVER STATE OFFICE BLDG
1305 E WALNUT
DES MOINES, IA 50319

**KANSAS**
DEREK SCHMIDT
KANSAS ATTORNEY GENERAL
120 SW TENTH AVE
2ND FLOOR
TOPEKA, KS 66612-1597

**KENTUCKY**
JACK CONWAY
KENTUCKY ATTORNEY GENERAL
700 CAPITOL AVENUE
CAPITOL BUILDING SUITE 118
FRANKFORT, KY 40601

**LOUISIANA**
JAMES D. CALDWELL
LOUISIANA ATTORNEY GENERAL
PO BOX 94005
BATON ROUGE, LA 70804-4095

**MAINE**
WILLIAM J SCHNEIDER
MAINE ATTORNEY GENERAL
STATE HOUSE STATION 6
AUGUSTA, ME 04333

**MARYLAND**
DOUGLAS F GANSLER
MARYLAND ATTORNEY GENERAL
200 SAINT PAUL PLACE
BALTIMORE, MD 21202-2202

**MASSACHUSETTS**
MARTHA COAKLEY
MASSACHUSETTS ATTORNEY GENERAL
1 ASHBURTON PLACE
BOSTON, MA 02108-1698

**MICHIGAN**
BILL SCHUETTE
MICHIGAN ATTORNEY GENERAL
G. MENNEN WILLIAMS BUILDING, 7TH FLOOR
525 WEST OTTAWA STREET, PO BOX 30212
LANSING, MI 48909-0212

**MINNESOTA**
LORI SWANSON
MINNESOTA ATTORNEY GENERAL
1400 BREMER TOWER
445 MINNESOTA STREET
SAINT PAUL, MN 55101-2131

**MISSISSIPPI**
JIM HOOD
MISSISSIPPI ATTORNEY GENERAL
WALTER SILLERS BLDG
550 HIGH STREET SUITE 1200
JACKSON, MS 39201-1111

**MISSOURI**
CHRIS KOSTER
MISSOURI ATTORNEY GENERAL
SUPREME CT BLDG
207 W HIGH ST
JEFFERSON CITY, MO 65101-1516

**MONTANA**
STEVE BULLOCK
MONTANA ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
P.O. BOX 201401
HELENA, MT 59620-1401

**NEBRASKA**
JON BRUNING
NEBRASKA ATTORNEY GENERAL
2115 STATE CAPITOL
LINCOLN, NE 68509

CAFA Service List

**NEVADA**
CATHERINE CORTEZ MASTO
NEVADA ATTORNEY GENERAL
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY, NV 89701-4717

**NEW HAMPSHIRE**
MICHAEL DELANEY
NEW HAMPSHIRE ATTORNEY GENERAL
STATE HOUSE ANNEX
33 CAPITOL ST
CONCORD, NH 03301-6397

**NEW JERSEY**
PAULA T DOW
NEW JERSEY ACTING ATTORNEY GENERAL
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST, PO BOX 080
TRENTON, NJ 08625

**NEW MEXICO**
GARY KING
NEW MEXICO ATTORNEY GENERAL
POST OFFICE DRAWER 1508
SANTA FE, NM 87504-1508

**NEW YORK**
ERIC SCHNEIDERMAN
NEW YORK ATTORNEY GENERAL
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY, NY 12224

**NORTH CAROLINA**
ROY COOPER
NORTH CAROLINA ATTORNEY GENERAL
9001 MAIL SERVICE CENTER
RALEIGH, NC 27699-9001

**NORTH DAKOTA**
WAYNE STENEHJEM
NORTH DAKOTA ATTORNEY GENERAL
STATE CAPITOL
600 E BOULEVARD AVE
BISMARCK, ND 58505-0040

**OHIO**
MIKE DEWINE
OHIO ATTORNEY GENERAL
STATE OFFICE TOWER
30 E BROAD ST
COLUMBUS, OH 43266-4320

**OKLAHOMA**
SCOTT PRUITT
OKLAHOMA ATTORNEY GENERAL
313 NE 21ST STREET
OKLAHOMA CITY, OK 73105-4801

**OREGON**
JOHN KROGER
OREGON ATTORNEY GENERAL
JUSTICE BLDG
1162 COURT ST NE
SALEM, OR 97301-4096

**PENNSYLVANIA**
LINDA L KELLY
PENNSYLVANIA ATTORNEY GENERAL
1600 STRAWBERRY SQUARE
HARRISBURG, PA 17120-0048

**RHODE ISLAND**
PETER KILMARTIN
RHODE ISLAND ATTORNEY GENERAL
150 S MAIN ST
PROVIDENCE, RI 02903-2907

**SOUTH CAROLINA**
ALAN WILSON
SOUTH CAROLINA ATTORNEY GENERAL
POST OFFICE BOX 11549
COLUMBIA, SC 29211-1549

**SOUTH DAKOTA**
MARTY J JACKLEY
SOUTH DAKOTA ATTORNEY GENERAL
1302 E HIGHWAY 14 STE 1
PIERRE, SD 57501-8501

CAFA Service List

**TENNESSEE**
ROBERT E COOPER JR
TENNESSEE ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

**TEXAS**
GREG ABBOTT
TEXAS ATTORNEY GENERAL
CAPITOL STATION
PO BOX 12548
AUSTIN, TX 78711-2548

**UTAH**
MARK L SHURTLEFF
UTAH ATTORNEY GENERAL
PO BOX 142320
SALT LAKE CITY, UT 84114-2320

**VERMONT**
WILLIAM H SORRELL
VERMONT ATTORNEY GENERAL
109 STATE ST
MONTPELIER, VT 05609-1001

**VIRGINIA**
KEN CUCCINELLI
VIRGINIA ATTORNEY GENERAL
900 E MAIN ST
RICHMOND, VA 23219-3548

**WASHINGTON**
ROB MCKENNA
WASHINGTON ATTORNEY GENERAL
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA, WA 98504-0100

**WEST VIRGINIA**
DARRELL V MCGRAW JR
WEST VIRGINIA ATTORNEY GENERAL
STATE CAPITOL
1900 KANAWHA BLVD E
CHARLESTON, WV 25305

**WISCONSIN**
J B VAN HOLLEN
WISCONSIN ATTORNEY GENERAL
STATE CAPITOL STE 114 E
POST OFFICE BOX 7857
MADISON, WI 53707-7857

**WYOMING**
GREG PHILLIPS
WYOMING ATTORNEY GENERAL
123 CAPITOL BLDG
200 W 24TH ST
CHEYENNE, WY 82002-0001

**UNITED STATES**
ERIC HOLDER
UNITED STATES OFFICE OF THE ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
U.S. DEPARTMENT OF JUSTICE
WASHINGTON, DC 20530-0001

**OFFICE OF THE COMPTROLLER OF THE CURRENCY**
JOHN WALSH
OFFICE OF THE COMPTROLLER OF THE CURRENCY
250 E STREET SW
WASHINGTON, DC 20219

**PUERTO RICO**
GUILLERMO SOMOZA-COLOMBANI
PUERTO RICO ACTING ATTORNEY GENERAL
PO BOX 9020192
CALLE OLIMPO, ESQUINA
SAN JUAN, PR 00902-0192

**GUAM**
LENNY RAPADAS
GUAM ATTORNEY GENERAL
JUDICIAL CENTER BLDG STE 2-200E
120 W OBRIEN DR
HAGATNA, GU 96910-5174

**US VIRGIN ISLANDS**
VINCENT FRAZER
VIRGIN ISLANDS ATTORNEY GENERAL
34-38 KRONPRINDENSENS GADE
GERS BUILDING, 2ND FLOOR
ST THOMAS, VI 00802

CAFA Service List

**AMERICAN SAMOA**
FEPULEA'I A. RIPLEY, JR.
AMERICAN SAMOA ATTORNEY GENERAL
AMERICAN SAMOA GOV'T EXEC OFC BLDG
UTULEI, TERRITORY OF AMERICAN SAMOA
PAGO PAGO, AS 96799

**NORTHERN MARIANA ISLANDS**
EDWARD T BUCKINGHAM
NORTHERN MARIANA ISLANDS ATTORNEY GENERAL
ADMINISTRATION BUILDING
PO BOX 10007
SAIPAN, MP 96950-8907