# EXHIBIT B LODGED MANUALLY WITH THE COURT