1 **BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
2 Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
3 Walnut Creek, CA 94596
Telephone: (925) 300-4455
4 Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
5       swestcot@bursor.com

6 **ROBBINS GELLER RUDMAN**
  **& DOWD LLP**
7 Rachel L. Jensen (State Bar No. 211456)
655 West Broadway, Suite 1900
8 San Diego, CA 92101
Telephone: (619) 231-1058
9 Facsimile: (619) 231-7423

10 **FARUQI & FARUQI, LLP**
David E. Bower (State Bar No. 119546)
11 Christopher H. Hayes (State Bar No. 277000)
10866 Wilshire Blvd., Suite 1470
12 Los Angeles, CA 90024
Telephone: (424) 256-2884
13 Facsimile: (424) 256-2885

14 *Interim Class Counsel*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. WHITE, et al. on Behalf of Themselves and All Other Persons Similarly Situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>YOUR BABY CAN, LLC, et al.,<br><br>               Defendants. | CASE NO. 2:10-cv-09989-DSF (FFMx)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>Honorable Dale S. Fischer<br>Ctrm: 840 |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lisa Walco and defendants Your Baby Can, LLC, and Robert Titzer, Ph.D., by and through their respective counsel, stipulate as follows:

(1) This action shall be dismissed with prejudice as to Lisa Walco.

(2) The parties agree to bear their own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated:  June 28, 2012                                **BURSOR & FISHER, P.A.**

By:      */s/ L. Timothy Fisher*
            L. Timothy Fisher

L. Timothy Fisher
Sarah N. Westcot
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:   (925) 300-4455
Facsimile:    (925) 407-2700

**ROBBINS GELLER RUDMAN & DOWD LLP**
Rachel L. Jensen (State Bar No. 211456)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile:   (619) 231-7423

**FARUQI & FARUQI, LLP**
David E. Bower (State Bar No. 119546)
Christopher H. Hayes (State Bar No. 277000)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA  90024
Telephone: (424) 256-2884
Facsimile:   (424) 256-2885

*Attorneys for Plaintiff*

STIPULATION FOR VOLUNTARY DISMISSAL                                       1
CASE NO. 2:10-cv-09989-DSF (FFMx)

| | | |
|---|---|---|
| 1 | Dated:  June 28, 2012 | **WINSTON & STRAWN LLP** |
| 2 | | |
| 3 | | By: _/s/ Steven D. Atlee_<br>Steven D. Atlee |
| 4 | | |
| 5 | | Steven D. Atlee<br>David L. Aronoff<br>Saul S. Rostamian<br>Drew A. Robertson<br>333 S. Grand Avenue<br>Los Angeles, CA  90071<br>Telephone:  (213) 615-1700<br>Facsimile:   (213) 615-1750 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | *Attorneys for Defendant*<br>*Your baby can, LLC* |
| 11 | Dated:  June 28, 2012 | **CATES PETERSON LLP** |
| 12 | | |
| 13 | | By: _/s/ Mark D. Peterson_<br>Mark D. Peterson |
| 14 | | |
| 15 | | Mark D. Peterson<br>4100 Newport Place, Suite 230<br>Newport Beach, CA  92660<br>Telephone:  (949) 724-1180<br>Facsimile:   (949) 724-1190 |
| 16 | | |
| 17 | | *Attorneys for Defendant* |
| 18 | | *Robert Titzer, Ph.D.* |

STIPULATION FOR VOLUNTARY DISMISSAL
CASE NO. 2:10-cv-09989-DSF (FFMx)

2